# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAN D. PRATHER, ) | |
| ) | |
|      **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-12-917-R |
| ) | |
| KATHERINE E. THOMAS, et al., ) | |
| ) | |
|      **Defendant.** ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered September 20, 2012. Doc. No. 9. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED and Plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § § 1915(e)(2) and 1915A(b).

IT IS SO ORDERED THIS 16th day of October, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE